# United States District Court

*Northern District of Illinois*
*Eastern Division*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF**:

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on  DEC 2 2 2020 .

THOMAS G. BRUTON, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IDEALEASE SERVICES, INC., an Illinois Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST CENTRAL PRODUCE, INC., a California Corporation,<br><br>    Defendant. | Case No.: 20 C 2969<br><br>Judge Ronald A. Guzmàn |

## JUDGMENT ORDER

This matter having come before the Court on Plaintiff IDEALEASE SERVICES, INC.'S Motion for Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant WEST CENTRAL PRODUCE, INC. (Docket No. 13) and the Court having GRANTED Plaintiff's Motion for Entry of Default against Defendant (Docket No. 15), it is hereby ORDERED that Final Judgment pursuant to Federal Rule of Civil Procedure Rule 55 is GRANTED and ENTERED against Defendant WEST CENTRAL PRODUCE, INC. in the amount of $8,686,095.11, detailed as follows:

1. $607,196.55, for the unpaid lease invoice amounts;

2. $20,960.76, for interest on the unpaid lease invoice amounts;

3. $8,050,277.80, for the depreciated value of the vehicles; and

4. $7,660.00, for attorneys' fees associated with the bringing of this action;

**Date**: October 5, 2020

                           */s/ Ronald A. Guzmàn*
                           **Ronald A. Guzmàn**
                           **United States District Judge**